**Form 751**[Order for Payment of Installments]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  
    David Matthew Miller and Katherine Fiona Miller  
        Debtor(s).

Case No. 24–21158 PH  
Chapter 7

## ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Court, having received the Debtor(s) Application To Pay Filing Fee In Installments according to Federal Rule of Bankruptcy Procedure 1006,

**HEREBY ORDERS** that the Debtor(s) pay the $338.00 filing fee as follows:

    Paid to date:    $  
    First installment: $169.00 Due on or before 3/29/24  
    Final installment $169.00 Due on or before 4/5/24

Payment must be received and posted by the Court on or before the due date of each installment payment. Payments may be made electronically by the attorney, in person, by phone, or by mail to the U.S. Bankruptcy Court at the following address:

    U.S. Bankruptcy Court – District of Utah  
    350 South Main Street, Rm 301  
    Salt Lake City, UT 84101  
    Tel. (801) 524–6687, Option 1

Acceptable forms of payment are cash, credit card, money order, or check made payable to **U.S. Bankruptcy Court**. The Court will not accept as payment the personal check of the debtor(s) filing the bankruptcy petition.

**THE COURT FURTHER ORDERS** that, in accordance with Federal Rule of Bankruptcy Procedure 1017(b)(1), 11 U.S.C. § 102, 28 U.S.C. § 1930 that unless ordered otherwise by the Court:

- Failure to timely pay an installment will result in dismissal without further notice or hearing.
- Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
- If the case is dismissed, all unpaid balances remain owing and must be paid within 14 days of dismissal.
- If the debtor(s) fail to pay any installments due under this Order, debtor(s) will be ineligible for an Order for Payment of Filing Fees in Installments in any future bankruptcy case.

Dated and Entered on: March 20, 2024

United States Bankruptcy Judge   (6 – 2)